FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

2008 SEP -8  PM 12: 50

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| KIMBERLY G. ADAMS, | § |
| HERBERT E. ALEXANDER, JR., | § |
| PAMELA J. ALONSO, | § |
| EDWARD J. ANTCZAK, | § |
| THOMAS AQUINO, | § |
| HARRY W. BALES, JR., | § |
| CATHY G. BARKER, | § |
| CLAIRE BELT, | § |
| CAREY A. BLAKELEY, | § |
| ERIK C. BRENNEMAN, | § |
| MICHAEL L. BUTTS, | § |
| ALICE A. CALDWELL, | § |
| CALVIN P. CERDA, | § |
| ROBERT V. CLAY, | § |
| CHRISTOPHER CRAWFORD, JR., | § |
| JON E. DENNIS, | § |
| JEANNE L. DOTSON, | § |
| CHARLES DRUMMOND, | § |
| DOUGLAS G. DUNCAN, | § |
| VIRGINIA L. DYE, | § |
| MARK J. ECKENRODE, | § |
| BARBARA C. FELPS, | § |
| RAYMOND FLORES, JR., | § |
| ROBIN R. FORTUNE-JONES, | § |
| TANYA W. FREEMAN, | § |
| CAROL A. FUNK, | § |
| GLORIA GARDUNO, | § |
| MICHAEL A. GOERMAR, | § |
| CYNTHIA L. GOODWIN, | § |
| COOPER GOODSON, JR., | § |
| THOMAS E. GREATHOUSE, | § |
| ROBERT J. GRIFFITHS, | § |
| KEVIN E. HANLEY, | § |
| ANNE M. HARDING-JULIAN, | § |
| WILLIAM F. HARRIGAN, | § |
| COLIN G. HENON, | § |
| LINDA S. HENSON, | § |
| SHAE D. HOFFER, | § |
| CHRISTIAN A. JANOWIECKI, | § |
| PEGGY JESTER, | § |
| MELISSA. KEDIK, | § |
| ROBERT A. KEMP, | § |
| SELMA KIKIC, | § |
| ROBERT G. KOCH, JR., | § |
| CHRISTIAN W. LAGO, | § |

08 - 4326

**SECT. N MAG. 5**

Civil Action No. _____

Fee  4350
Process_____
Dktd_____
CtRmDep_____
Doc. No_____

- 1 -

DAVID R. LOFTIN,                          §
BARBARA C. LONG,                          §
PATRICIA L. MADDEN,                       §
RETTA K. MALLADY,                         §
CAROLINE P. MANN,                         §
KATHRYN MCCALL,                           §
JACK B. MCCART,                           §
PHILIP L. MICHENER,                       §
KATHY L. MIZE,                            §
ANGELA J. MORAN,                          §
DOREEN P. MORRISON,                       §
JOHN R. MOZDZIERZ,                        §
JULIE H. NG,                              §
THOMAS L. ODOM,                           §
DEBORAH D. PENETON,                       §
LINDA L. PERKINS,                         §
FRENCHIE LYNN PERRY,                      §
CLARENCE E. PLEASANT,                     §
SCOTT I. PRICE,                           §
BILLY PRIDGEN,                            §
PAUL R. PUPPE,                            §
DANIEL EVAN PUTNAM,                       §
CHARLES E. RAINEY,                        §
ROBERT J. RAMOS,                          §
ANDREW RICHARDSON,                        §
PATRICIA A. SANCHEZ,                      §
SCOTT SANDERS,                            §
JEFFREY D. SANDY,                         §
HARVEY K. SCHOONMAKER,                    §
SUSAN H. SCHWARTZ,                        §
KATHERYN S. SMITH,                        §
MARY E. SMITH,                            §
DANIEL G. SUZNEVICH,                      §
LAURA M. TUMMINELLO,                      §
BRENDA C. TURNER,                         §
JULIE A. VIVACE,                          §
KATHLEEN A. WAPLES,                       §
LYNN S. WHARRAN,                          §
JAMES E. WOJCIK, JR.,                     §
STEPHANIE M. YON                          §
                                          §
            Plaintiffs,                   §
                                          §
vs.                                       §
                                          §
BIG LOTS STORES, INC.                     §
                                          §
            Defendant.                    §

## PLAINTIFFS' ORIGINAL COMPLAINT

Plaintiffs, KIMBERLY G. ADAMS, HERBERT E. ALEXANDER JR., PAMELA J. ALONSO, EDWARD J. ANTCZAK, THOMAS AQUINO, HARRY W. BALES JR., CATHY G. BARKER, CLAIRE BELT, CAREY A. BLAKELEY, ERIK C. BRENNEMAN, MICHAEL L. BUTTS, ALICE A. CALDWELL, CALVIN P. CERDA, ROBERT V. CLAY, CHRISTOPHER CRAWFORD, JR., JON E. DENNIS, JEANNE L. DOTSON, CHARLES DRUMMOND, DOUGLAS G. DUNCAN, VIRGINIA L. DYE, MARK J. ECKENRODE, BARBARA C. FELPS, RAYMOND FLORES, JR., ROBIN R. FORTUNE-JONES, TANYA W. FREEMAN, CAROL A. FUNK, GLORIA GARDUNO, MICHAEL A. GOERMAR, CYNTHIA L. GOODWIN, COOPER GOODSON, JR., THOMAS E. GREATHOUSE, ROBERT J. GRIFFITHS, KEVIN E. HANLEY, ANNE M. HARDING-JULIAN, WILLIAM F. HARRIGAN, COLIN G. HENON, LINDA S. HENSON, SHAE D. HOFFER, CHRISTIAN A. JANOWIECKI, PEGGY JESTER, MELISSA KEDIK, ROBERT A. KEMP, SELMA KIKIC, ROBERT G. KOCH, JR., CHRISTIAN W. LAGO, DAVID R. LOFTIN, BARBARA C. LONG, PATRICIA L. MADDEN, RETTA K. MALLADY, CAROLINE P. MANN, KATHRYN MCCALL, JACK B. MCCART, PHILIP L. MICHENER, KATHY L. MIZE, ANGELA J. MORAN, DOREEN P. MORRISON, JOHN R. MOZDZIERZ, JULIE H. NG, THOMAS L. ODOM, DEBORAH D. PENETON, LINDA L. PERKINS, FRENCHIE LYNN PERRY, CLARENCE E. PLEASANT, SCOTT I. PRICE, BILLY PRIDGEN, PAUL R. PUPPE, DANIEL EVAN PUTNAM, CHARLES E. RAINEY, ROBERT J. RAMOS, ANDREW RICHARDSON, PATRICIA A. SANCHEZ, SCOTT SANDERS, JEFFREY D. SANDY, HARVEY K. SCHOONMAKER, SUSAN H. SCHWARTZ, KATHERYN S. SMITH, MARY E. SMITH, DANIEL G. SUZNEVICH, LAURA M. TUMMINELLO, BRENDA C. TURNER, JULIE A. VIVACE, KATHLEEN A. WAPLES, LYNN S. WHARRAN, JAMES E. WOJCIK

JR., STEPHANIE M. YON (hereinafter, "Plaintiffs") bring this action against Defendant Big

Lots Stores, Inc. ("Big Lots" or "Defendant") and would show as follows:

## I.
### OVERVIEW

1.      This is a large individual action to recover unpaid overtime wages brought under the Fair

Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*

2.      The Plaintiffs worked as assistant store managers at Big Lots Stores and were regularly

required by Big Lots to work in excess of 45-55 hours per week without overtime.  All of the

Plaintiffs were previously opt-in Plaintiffs in *John Johnson, et al. v. Big Lots Stores, Inc.*, Civil

Action No. 04-3201-SSV-SS C/W 05-6627, In the United States Eastern District of Louisiana.

All of the Plaintiffs are former Assistant Store Managers at Big Lots with claims that accrued

before and after August 2004.

3.      Defendant refused to pay the Plaintiffs overtime and violated the FLSA by improperly

classifying Plaintiffs and all those similarly situated as ***exempt*** assistant store managers, even

though Plaintiffs' primary duty consisted of non-managerial activities, Plaintiffs' daily activities

were tethered to specific practices, procedures and guidelines and Plaintiffs did not customarily,

regularly or independently supervise two or more full-time or four part-time employees.

4.      Accordingly, Plaintiffs have filed this lawsuit to recover unpaid overtime compensation

under §16(b) of the FLSA. 29 U.S.C. §216(b).

## II.
### PARTIES

5.      Plaintiff KIMBERLY G. ADAMS is an individual who resides in PO BOX 98, ADRIAN, GA 310020098, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

6.      Plaintiff HERBERT E. ALEXANDER, JR. is an individual who resides in 115 RED BERRY LN SW, ATLANTA, GA 303317750, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

7.      Plaintiff PAMELA J. ALONSO is an individual who resides in 1829 WALNUT ST APT B, EVERETT, WA 982011903, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

8.      Plaintiff EDWARD J. ANTCZAK is an individual who resides in 359 S LITCHFIELD DR, ROUND LAKE BEACH, IL 600738103, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

9.      Plaintiff THOMAS AQUINO is an individual who resides in 171 SPRINGDALE AVE, MERIDEN, CT 064512936, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

10.     Plaintiff HARRY W. BALES, JR is an individual who resides in 2225 BAYVALE RD, AUGUSTA, GA 30909, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

11.     Plaintiff CATHY G. BARKER is an individual who resides in 8414 CAMBRIDGE RD APT C15, TYLER, TX 757035561, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

12.     Plaintiff CLAIRE BELT is an individual who resides in 17 MANCHESTER AVE, DERRY, NH 030381925, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

13.     Plaintiff CAREY A. BLAKELEY is an individual who resides in 7274 S FLORENTINE DR, SPARKS, NV 894368483, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

14.     Plaintiff ERIK C. BRENNEMAN is an individual who resides in 925 LINDEN AVE FL 1, YORK, PA 174043205, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

15.     Plaintiff MICHAEL L. BUTTS is an individual who resides in 5626 ATLANTA ST, HOLLYWOOD, FL 330212714, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

16.     Plaintiff ALICE A. CALDWELL is an individual who resides in 4311 WOODSRIDGE DR., POLK CITY, FL 33868, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

17.     Plaintiff CALVIN P. CERDA is an individual who resides in 2885 SIGNAL CT, CONCORD, NC 280256020, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

18.     Plaintiff ROBERT V. CLAY is an individual who resides in 4078 WINTER LAKE DR, LOUISVILLE, KY 402724899, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

19.     Plaintiff CHRISTOPHER CRAWFORD, JR. is an individual who resides in 1804 HUNTINGTON DR, BIRMINGHAM, AL 35214, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

20.    Plaintiff JON E. DENNIS is an individual who resides in 5519 FLOYD AVE, AMARILLO, TX 791065014, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

21.    Plaintiff JEANNE L. DOTSON is an individual who resides in 245 LONESOME DOVE RD, POWELL, TN 378497338, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

22.    Plaintiff CHARLES DRUMMOND is an individual who resides in 11680 E BLUE GRASS TRL, BLAND, VA 243154950, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

23.    Plaintiff DOUGLAS G. DUNCAN is an individual who resides in 9811 NORTHRIDGE DR, LOUISVILLE, KY 402722948, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

24.    Plaintiff VIRGINIA L. DYE is an individual who resides in 267 EVEGREEN ST NE, PALMBAY, FL 32907, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

25.    Plaintiff MARK J. ECKENRODE is an individual who resides in 1509 NAVARRE AVE, TOLEDO, OH 43605-2750, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

26.    Plaintiff BARBARA C. FELPS is an individual who resides in 3213 RAMEY DR, ZACHARY, LA 70791-4732, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

27.    Plaintiff RAYMOND FLORES, JR. is an individual who resides in 611 S. REAGAN, SAN BENITO, TX 78586, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

28.     Plaintiff ROBIN R. FORTUNE-JONES is an individual who resides in 1718 E IDELL ST, TAMPA, FL 33604-3533, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

29.     Plaintiff TANYA W. FREEMAN is an individual who resides in 708 PIPER AVE, BIRMINGHAM, AL 35214-4140, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

30.     Plaintiff CAROL A. FUNK is an individual who resides in 120 PROMONTORY DR APT B, COVINGTON, KY 41015-2046, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

31.     Plaintiff GLORIA GARDUNO is an individual who resides in 943 W 9TH PL, MESA, AZ 85201-3915, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

32.     Plaintiff MICHAEL A. GOERMAR is an individual who resides in 12678 N ST, OMAHA, NE 68137, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

33.     Plaintiff CYNTHIA L. GOODWIN is an individual who resides in PO BOX 305, HOFFMAN, NC 28347-0305, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

34.     Plaintiff COOPER GOODSON, JR is an individual who resides in 725 DAVID DR, TYLER, TX 75703-4818, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

35.     Plaintiff THOMAS E. GREATHOUSE is an individual who resides in 144 WARNER DR, ENGLEWOOD, OH 45322-2963, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

36.     Plaintiff ROBERT J. GRIFFITHS is an individual who resides in 3629 SUNSET LN, WILLIAMSON, NY 14589-9223, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

37.     Plaintiff KEVIN E. HANLEY is an individual who resides in 4 Pennsylvania Ave, JOHNSTOWN, NY 12095, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

38.     Plaintiff ANNE M. HARDING-JULIAN is an individual who resides in 3817 E RIDGE DR, NASHVILLE, TN 37211-5524, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

39.     Plaintiff WILLIAM F. HARRIGAN is an individual who resides in 5509 E JASMINE LN, INVERNESS, FL 34453-1072, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

40.     Plaintiff COLIN G. HENON is an individual who resides in 209 STARLITE DR, LOUISVILLE, KY 40229-6152, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

41.     Plaintiff LINDA S. HENSON is an individual who resides in 1129 LOWER ROCK LICK RD, HILLSBORO, KY 41049-9077, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

42.     Plaintiff SHAE D. HOFFER is an individual who resides in PO BOX 424, TEAYS, WV 25569-0424, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

43.     Plaintiff CHRISTIAN A. JANOWIECKI is an individual who resides in 10 VALLEY RIDGE RD, CONWAY, AR 72032-9156, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

44.    Plaintiff PEGGY JESTER is an individual who resides in 708 THOMAS HILL RD, MADISON, IN 47250-2522, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

45.    Plaintiff MELISSA KEDIK is an individual who resides in 4324 Hickory Rd. Apt. 1A, MISHAWAKA, IN 46545, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

46.    Plaintiff ROBERT A. KEMP is an individual who resides in 5240 S. SHORE LINE DR, FLORAL CITY, FL 34436-2113, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

47.    Plaintiff SELMA KIKIC is an individual who resides in 10232 CRYSTAL SPRINGS RD, JACKSONVILLE, FL 32221-1223, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

48.    Plaintiff ROBERT G. KOCH JR is an individual who resides in 1430 100TH AVE NW APT 209, MINNEAPOLIS, MN 55433-5318, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

49.    Plaintiff CHRISTIAN W. LAGO is an individual who resides in 409 ATWOOD AVE, WATERBURY, CT 06705-1511, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

50.    Plaintiff DAVID R. LOFTIN is an individual who resides in 1567 JUMPING RUN DR, GOODVIEW, VA 24095-3201, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

51.    Plaintiff BARBARA C. LONG is an individual who resides in 206 OLD WEST PENN AVE, WERNERSVILLE, PA 19565-9692, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

52.     Plaintiff PATRICIA L. MADDEN is an individual who resides in 4477 1/2 Aicholtz Rd., CINCINNATI, OH 45245-1061, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

53.     Plaintiff Retta K. MALLADY is an individual who resides in 2128 WINDSOR AVE, MONTGOMERY, AL 36107-1624, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

54.     Plaintiff CAROLINE P. MANN is an individual who resides in 2655 TOWN FORK RD, EVINGTON, VA 24550-3512, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

55.     Plaintiff KATHRYN MCCALL is an individual who resides in 8908 Chenin Ave., LAS VEGAS, NV 89129-6191, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

56.     Plaintiff JACK B. MCCART is an individual who resides in PO Box 320221, Flowood, MS 39232, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

57.     Plaintiff PHILIP L. MICHENER is an individual who resides in 307 RASBERRY CIR, HEBRON, OH 43025, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

58.     Plaintiff KATHY L. MIZE is an individual who resides in 1244 TIFFANY LN, LEWISVILLE, TX 75067-5632, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

59.     Plaintiff ANGELA J. MORAN is an individual who resides in 6314 DEAN ST, TAYLOR, MI 48180-1118, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

60.     Plaintiff DOREEN P. MORRISON is an individual who resides in 156 BETHESDA CHURCH RD APT 608, LAWRENCEVILLE, GA 300446420, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

61.     Plaintiff JOHN R. MOZDZIERZ is an individual who resides in 228 12th Street, INTERLACHEN, FL 32148, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

62.     Plaintiff JULIE H. NG is an individual who resides in 123 Quanapoag Rd., East Freetown, MA 02717-1406, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

63.     Plaintiff THOMAS L. ODOM is an individual who resides in 1012 W TILMOR DR, MUNCIE, IN 473031755, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

64.     Plaintiff DEBORAH D. PENETON is an individual who resides in 5005 S. HILLCREST LANE, SPOKANE, WA 99037, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

65.     Plaintiff LINDA L. PERKINS is an individual who resides in 1010 W 1ST ST, ROSWELL, NM 882033020, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

66.     Plaintiff FRENCHIE LYNN PERRY is an individual who resides in PO BOX 267, SYCAMORE, AL 351490267, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

67.     Plaintiff CLARENCE E. PLEASANT is an individual who resides in 5505 STATE ROUTE 351 E, HENDERSON, KY 424209475, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

68.     Plaintiff SCOTT I. PRICE is an individual who resides in 300 CROSS RD, LUNENBURY, MA 01462, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

69.     Plaintiff BILLY PRIDGEN is an individual who resides in 5521-K PADDOCK CLUB DRIVE, MONTGOMERY, AL 36116, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

70.     Plaintiff PAUL R. PUPPE is an individual who resides in 4310 79TH AVE W, UNIVERSITY PLACE, WA 984663131, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

71.     Plaintiff DANIEL EVAN PUTNAM is an individual who resides in 10631 LINDLEY AVE, NORTHRIDGE, CA 91324, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

72.     Plaintiff CHARLES E. RAINEY is an individual who resides in 342 SW BUSWELL AVE, PORT SAINT LUCIE, FL 349831911, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

73.     Plaintiff ROBERT J. RAMOS is an individual who resides in 550 Summer Ave., Orange City, FL 32763, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

74.     Plaintiff ANDREW RICHARDSON is an individual who resides in 908 GLENN ST, LUMBERTON, NC 283584608, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

75.     Plaintiff PATRICIA A. SANCHEZ is an individual who resides in 8735 AIDA CT, LAREDO, TX 780458010, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

- 13 -

76.    Plaintiff SCOTT SANDERS is an individual who resides in 3228 SHELBY AVE, MATTOON, IL 619382220, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

77.    Plaintiff JEFFREY D. SANDY is an individual who resides in 6253 BARLEY OAKS RD, HILLIARD, OH 430265033, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

78.    Plaintiff HARVEY K. SCHOONMAKER is an individual who resides in 575 HICKORY AVE, SADDLE BROOK, NJ 076634410, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

79.    Plaintiff SUSAN H. SCHWARTZ is an individual who resides in 786 SW 55TH AVE, MARGATE, FL 330682907, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

80.    Plaintiff KATHERYN S. SMITH is an individual who resides in 208 S GANT ST, SUGAR CREEK, MO 640541453, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

81.    Plaintiff MARY E. SMITH is an individual who resides in 1582 JULIA SAUNDERS RD, DOTHAN, AL 36305, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

82.    Plaintiff DANIEL G. SUZNEVICH is an individual who resides in 1024 OHIO AVE, MIDLAND, PA 15059-1623, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

83.    Plaintiff LAURA M. TUMMINELLO is an individual who resides in 585 MAYFLOWER CROSSING, WILKES BARRE, PA 18702, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

84.    Plaintiff BRENDA C. TURNER is an individual who resides in 203 W 41ST AVE, AMARILLO, TX 791101609, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

85.    Plaintiff JULIE A. VIVACE is an individual who resides in 59 MAOLIS AVE, WEST BRIDGEWATER, MA 023791221, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

86.    Plaintiff KATHLEEN A. WAPLES is an individual who resides in 138 N 12TH ST, OLEAN, NY 14760, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

87.    Plaintiff LYNN S. WHARRAN is an individual who resides in 679 S. Spaulding Ave., Pueblo, CO 81007-1875, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

88.    Plaintiff JAMES E. WOJCIK, JR. is an individual who resides in 158 OAK DR, LAKE JACKSON, TX 775664232, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

89.    Plaintiff STEPHANIE M. YON is an individual who resides in 667 MCGEE DR # 112, MYRTLE BEACH, SC 295886271, and was employed by Big Lots within the meaning of the FLSA during the relevant three-year period.

90.    Defendant Big Lots Stores, Inc. is an Ohio corporation, which owns and operates over 1400 stores throughout the United States. During the relevant time period Big Lots acting through its affiliates and subsidiaries, created, ratified and implemented Defendant's unlawful payment scheme. Thus, Big Lots has acted directly or indirectly as an employer with respect to the Plaintiffs and all those similarly situated within the meaning of the FLSA. Big Lots Stores,

Inc. can be served through its registered agent for service, Corporation Service Company, 320 Somerulos St., Baton Rouge, La 70802-6129.

### III.
#### JURISDICTION

91.     This Court has jurisdiction over the subject matter of this action under 29 U.S.C. § 216(b) and 28 U.S.C. §§ 1331.  Plaintiffs' claims arise under §§ 7(a)(1), and 16(b) of the FLSA.  29 U.S.C. §§ 207(a)(1), and 216(b).     Additionally, this Court has personal jurisdiction over Defendant, since Big Lots employed Plaintiffs and owns and operates retail establishments within the State of Louisiana and throughout the United States.

### IV.
#### VENUE

92.     Venue is proper in the Eastern District of Louisiana under 28 U.S.C. § 1391(a).

### V.
#### COVERAGE UNDER THE FLSA

93.     At all times hereinafter mentioned, Defendant has been an employer within the meaning of the Section 3(d) of the FLSA, 29 U.S.C. § 203(d).

94.     At all times hereinafter mentioned, Defendant has been an enterprise within the meaning of Section 3(r) of the FLSA, 29 U.S.C. § 203(r).

95.     At all times hereinafter mentioned, Defendant has been an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s)(1) of the FLSA, 29 U.S.C. § 203(s)(1), in that said enterprise has and has had employees engaged in commerce or in the production of goods for commerce, or employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person and in that said enterprise has had and has an annual gross volume of sales made or business done of not less than $500,000 (exclusive of excise taxes at the retail level which are separately stated).

96.    At all times hereinafter mentioned, Plaintiffs were individual employees engaged in commerce or in the production of goods for commerce as required by 29 U.S.C. §§ 206-207.

**VI.**
**FACTS**

97.    Big Lots is one of America's largest closeout retailers and owns and operates over 1400 retail establishments throughout the United States. During part of the time period, which is relevant to this action, Plaintiffs were employed by Big Lots as *exempt* assistant store managers.

98.    Plaintiffs contend that Big Lots improperly classified them as "executive employees" who are otherwise "exempt" from the overtime provisions of the FLSA. However, during the relevant time period that Plaintiffs were considered exempt employees by Big Lots, Plaintiffs did not regularly, customarily or independently perform managerial or discretionary functions. Instead, Plaintiffs spent the majority of their working hours performing non-managerial and non-exempt functions on behalf of Big Lots.

99.    Moreover, Plaintiffs did not possess the authority or ability to carry out the regular and independent performance of managerial functions.  Specifically, Plaintiffs did not have the authority to regularly and independently hire, fire, or determine pay rates for other employees. Nor did the Plaintiffs have the authority to make suggestions or recommendations regarding the termination, promotion or compensation of their co-workers.  Plaintiffs were also required to follow tightly controlled and strict guidelines, practices and procedures promulgated by Big Lots, which removed or severely limited their ability to exercise independent discretion or judgment. Indeed, these strict guidelines, practices and procedures required careful adherence and in many instances, required the supervision, ratification or approval of the applicable store, district or regional manager.  Finally, Plaintiffs did not customarily, regularly or independently supervise two or more full-time employees or four part-time employees.  Instead, any supervision which

existed was shared with the Store Manager, the other Assistant Store Manager, the Furniture Department Manager, and the Customer Service Specialist.

100.    Instead of performing exempt duties, Plaintiffs spent their working hours performing non-managerial duties including, but not limited to the following duties:

      a.      Janitorial functions;

      b.      Operating the register;

      c.      Answering the store phone;

      d.      Sales;

      e.      Stocking and re-stocking store inventory in accordance with Plan-o-Grams and Plan-o-Guides;

      f.      Unloading merchandise from delivery trucks;

      g.      Performing recovery;

      h.      Filling in for rank and file non-exempt employees in other departments or retail establishments;

      i.      Processing form-oriented transactional paperwork completed by hourly employees;

      j.      Timekeeping functions; and

      k.      Performing similar operational functions as those performed by non-exempt, hourly employees, such as opening and closing the specific department and operating the register.

## VII.
## FLSA VIOLATIONS

101.    During the relevant time period, Big Lots has violated, and is violating, the provisions of Sections 6 and/or 7 of the FLSA, 29 U.S.C. §§ 206, 207, and 215(a)(2), by employing employees in an enterprise engaged in commerce or in the production of goods for commerce within the meaning of the FLSA for workweeks longer than 40 hours without compensating such

employees for their employment in excess of 40 hours per week at rates no less than one and one-half the regular rates for which they were employed.

102.    The position of Assistant Store Manager and the work performed by Assistant Store Managers was not executive or exempt in nature.

103.    Moreover, Big Lots knowingly, willfully or in reckless disregard carried out their illegal pattern or practice of failing to pay Plaintiffs overtime compensation.  The decision by Big Lots to not pay overtime compensation to Assistant Store Managers was neither reasonable, in good faith or based on any time studies, evaluation or quantitative or qualitative analysis of the duties performed by Assistant Store Managers.  Accordingly, Plaintiffs are entitled to overtime wages under the FLSA in an amount equal to one and one-half times their rate of pay, plus liquidated damages, attorney's fees and costs.

## VIII.
### NOTICE OF RELATED ACTION

104.    As noted above, all of the Plaintiffs were opt-in Plaintiffs in *John Johnson, et al. v. Big Lots Stores, Inc.*, Civil Action No. 04-3201-SSV-SS C/W 05-6627, In the United States Eastern District of Louisiana.

## IX.
### RELIEF SOUGHT

105.    WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

        a.      For an Order pursuant to Section 16(b) of the FLSA finding Defendant liable for unpaid back wages due to Plaintiffs and for liquidated damages equal in amount to the unpaid compensation found due to Plaintiffs;

        b.      For an Order awarding Plaintiffs the costs of this action;

        c.      For an Order awarding Plaintiffs their attorneys' fees;

d.    For an Order awarding Plaintiffs unpaid benefits and compensation in connection with the misclassification;

e.    For an Order awarding Plaintiffs pre-judgment and post-judgment interest at the highest rates allowed by law;

f.    For an Order granting such other and further relief as may be necessary and appropriate.

**RESPECTFULLY SUBMITTED,**

By: _____

**PHILIP BOHRER, #14089**
**BOHRER LAW FIRM**
8712 Jefferson Highway, Suite B
Baton Rouge, LA 70809
Telephone: 225-925-5297
Fax: 225-231-7000

- and -

**MICHAEL JOSEPHSON**
Texas State Bar 24014780
**HARTLEY HAMPTON**
Texas State Bar 08874400
**FIBICH, HAMPTON & LEEBRON, LLP**
1401 McKinney, Suite 1800
Houston, TX 77010
Telephone:  713-751-0025
Facsimile:  713-751-0030

**ATTORNEYS FOR PLAINTIFFS**